IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT L. SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 04-753-BH-B |
| | ) |
| CITY OF SELMA and MAYOR | ) |
| JAMES PERKINS, JR., | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT**

Pursuant to the Order entered this day, granting Defendants' motion for summary judgment, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be entered in favor of the Defendants, City of Selma and Mayor James Perkins, Jr., and against the Plaintiff, Robert L. Sanders, the Plaintiff to have and recover nothing of the Defendant.

**SO ORDERED** this 13th day of December, 2005

                                                                s/ W. B. Hand
                                             SENIOR DISTRICT JUDGE